Kelly J.C. Gallinger
Michael P. Sarabia
BROWN LAW FIRM, P.C.
315 North 24th Street
P.O. Drawer 849
Billings, MT 59103-0849
Tel. (406) 248-2611
Fax (406) 248-3128
kgallinger@brownfirm.com
msarabia@brownfirm.com
*Attorneys for Plaintiff*
*CBIC Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TCTOO, LLC, a Montana Limited Liability Company, TRACY KNOEDLER, JOSHUA KNOEDLER, RICHARD TUININGA, and DAVENE TUININGA,<br><br>Defendants. | Cause No.:  CV-24-100-BU-JTJ<br><br>**CONTRACTOR BONDING AND INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY RELIEF** |

COMES NOW Plaintiff Contractors Bonding and Insurance Company (hereinafter "CBIC"), by and through its attorneys of record, and alleges as follows:

1.      In this declaratory judgment action, CBIC seeks a judicial declaration that CBIC has no duty to defend or indemnify TCTOO and its principals, Tracy Knoedler, and Joshua Knoedler (collectively, "TCTOO"), in an underlying lawsuit

captioned *Richard Tuininga, et al., v. TCToo, LLC, et al.*, Cause No. DV 16-2023-625-NE, pending in the in the Montana Eighteenth Judicial District Court, Gallatin County (the "*Tuininga* lawsuit"), under commercial general liability insurance policies issued by CBIC to TCToo and to Doug Prentice d/b/a DIII. CBIC is defending TCToo in the *Tuininga* lawsuit subject to a full and complete reservation of rights. As detailed below, it is CBIC's position that there is no coverage for the *Tuininga* lawsuit under the insurance policies' terms, conditions, limitations and exclusions.

2.    Plaintiff CBIC is and was at all relevant times a corporation existing under the laws of the State of Illinois with its principal place of business in Illinois, making it a citizen of Illinois.  CBIC is authorized to transact business in Montana and regularly transacts business in Montana.

3.    Upon information and belief, Defendant TCToo, LLC, ("TCToo") is a Montana Limited Liability Company with its principal place of business in Bozeman, Montana.

4.    Upon information and belief Joshua and Tracy Knoedler are managing members and owners of TCToo and are citizens of Bozeman, Montana.

5.    Upon information and belief, Richard Tuininga and Davene Tuininga reside and have resided at a home located at 150 Rolling Prairie, Three Forks, Montana ("the Home") at all times relevant hereto, and are citizens and residents

of Montana.  Richard and Davene Tuininga (collectively, "Tuiningas") are

necessary parties to this action pursuant to Mont. Code Ann. § 27-8-301, because

their interests would be affected by any relief granted by this Court.

6.      Upon information and belief, the matter in controversy, exclusive of

interests and costs, exceeds $75,000, and complete diversity exists between

Plaintiff, who is a citizen of Illinois, and Defendants who are citizens of Montana.

As such, the Court has subject matter jurisdiction of this case by virtue of the

provisions of 28 U.S.C. § 1332.

7.      Venue is proper in this Court by virtue of 28 U.S.C. § 1391(b)(1)-(2)

because Defendants all reside in, and/or have their principal place of business in,

Gallatin County, Montana, within the geographical boundaries of the Butte

Division; and the underlying controversy between TCToo and the Tuiningas arises

out of alleged conduct occurring in Three Forks, Broadwater County, Montana.

CBIC issued Doug Prentice, d/b/a DIII, an insurance policy for his business in

Broadwater County, Montana.

8.      CBIC issued a Commercial General Liability policy to TCToo LLC,

Policy No. Z11AO8224, for the policy period of October 10, 2022, to October 10,

2023 (hereafter "the TCToo Policy").  The TCToo Policy has an each-occurrence

limit of insurance of $1,000,000, a $2,000,000 general aggregate limit, and a

$2,000,000 products/completed operations aggregate limit.  A certified copy of the TCToo Policy is attached as Exhibits A.

9.    CBIC also issued two Commercial General Liability policies to Doug Prentice, d/b/a DIII, under Policy No. Z11AO6324, for consecutive annual  policy periods from November 19, 2020, to November 19, 2021, and from November 19, 2021, to November 19, 2022 (hereafter collectively referred to as "the DIII Policies").  The DIII Policies, during both periods, had an each-occurrence limit of insurance of $1,000,000, a $2,000,000 general aggregate limit, and a $2,000,000 products/completed operations aggregate limit.  Certified copies of the DIII Policies are attached as Exhibits B and C.

10.    TCToo has presented to CBIC a copy of purported minutes of a meeting between Josh Knoedler and Tracy Knoedler (TCToo) and Doug Prentice (DIII), dated July 8, 2021.  The meeting minutes, which are unsigned, seemingly memorialize that TCToo and DIII have agreed DIII is to carry general contractor liability insurance with TCToo listed as an additional insured.  Doug Prentice, the Principle of DIII, has called into question the validity of the purported minutes.

11.    On or about July 26, 2023, in the Montana Eighteenth Judicial District Court, Gallatin County, Richard and Davene Tuininga filed a Second Amended Complaint in the *Tuininga* lawsuit (hereinafter "Complaint").  A copy of the Complaint is attached as Exhibit D.

12.     The Complaint alleges TCToo constructed the Home at 150 Rolling Prairie way as a "spec home" and construction on the Home was substantially completed around July of 2022.  The Complaint alleges TCToo did not perform a geotechnical investigation of the soils upon which the Home was built, and it did not consult with a civil engineer regarding the design of the site plan and foundation.

13.     The Complaint alleges on or around June 18, 2022, the Knoedlers and TCToo entered into a contract for the sale and purchase of the Home.  The Complaint alleges Tracey Knoedler is a managing member and co-owner of TCToo and also that she acted as the seller's agent within the course and scope of her employment with Bozeman Real Estate Group. The Complaint alleges that TCToo did not provide the Tuiningas with a property disclosure warning them of the significant risk for excessive differential movement of the foundation system given the types of soils upon which the Home is built.

14.     The Complaint alleges that on or around July 19, 2022, TCToo executed a joint tenancy warranty deed granting title to the Tuiningas.

15.     The Complaint alleges the Home was constructed or repaired with errors, defects, and deficiencies, including: intolerable differential movement of the foundation and framing with resultant drywall distress, racked doors, uneven

floor surfaces, gaps in the pony wall framing, damage to interior trim, and inadequate positive grading and drainage away from the Home

16.     The Complaint includes the following counts against TCToo: (1) Negligence causing resultant damage (construction defect); (2) Misrepresentation; Nondisclosure causing resulting damage; (3) Breach of Contract – Breach of Implied Warranty of Workmanlike Construction; and (4) Breach of Contract – Breach of the Implied Covenant of Good Faith and Fair Dealing. The Complaint does not contain any counts or allegations against DIII or Doug Prentice.

17.     The Complaint also alleges claims for negligence and negligence per se against Defendant Tracy Knoedler ("Tracy") for errors or omissions relating to her role as the Seller's agent through Defendant Bozeman Real Estate Group.

18.     TCToo has tendered the Complaint to CBIC directly under its own TCToo Policy and also as an additional insured under the DIII Policies for a defense and indemnification regarding the claims asserted against it in the Complaint.

19.     CBIC is providing a defense to TCToo—both under the TCToo Policy and the DIII Policies-- under a reservation of rights, but denies it is obligated to defend or indemnify TCToo, under either the TCToo or DIII Policies, for the claims asserted in the Complaint.

## <u>DECLARATORY RELIEF</u>

20.    CBIC restates the allegations set forth in the preceding paragraphs as if fully set forth herein.

21.    Currently there is a dispute between CBIC and TCToo regarding their respective rights and duties as parties to the TCToo Policy and whether TCToo is an additional insured under the DIII Policies described above.   In the event TCToo is determined to be an additional insured under the DIII Policies, there is a dispute between CBIC and TCToo regarding their respective rights and duties under the DIII Policies.  These disputes entitle CBIC to declaratory relief pursuant to 28 U.S.C. § 2201 and Mont. Code Ann. § 27-8-101 *et seq.*

22.    The TCToo Policy contains, in pertinent part, the following provisions, limitations, exclusions and conditions which preclude direct coverage to TCToo:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties  and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations,  and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us"  and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An  Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**
   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:
      (1) The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and
      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

   b. This insurance applies to "bodily injury" and "property damage" only if:
      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
      (2) The "bodily injury" or "property damage" occurs during the policy period;
      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who is an Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.
   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who is an Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   **d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who is an Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

     **(1)** Reports all or any part, of the "bodily injury" or "property damage" to us or any other insurer;

     **(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

     **(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

…

**2. Exclusions**

This insurance does not apply to:

…

   **b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for  damages:

     **(1)** That the insured would have in the absence of the contract or agreement; or

     **(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or  "property damage" occurs subsequent to the execution of the contract or agreement. Solely for  the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary  litigation expenses incurred by or for a party other than an insured are deemed to be damages  because of "bodily injury" or "property damage", provided:

       **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the  same "insured contract"; and

       **(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or  alternative dispute resolution proceeding in which damages to which this insurance applies  are alleged.

…

   **j. Damage To Property**

"Property damage" to:

     **(5)** That particular part of real property on which you or any contractors or subcontractors working  directly or indirectly on your behalf are performing operations, if the "property damage" arises  out of those operations; or

     **(6)** That particular part of any property that must be restored, repaired or replaced because "your  work" was incorrectly performed on it.

…

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack  agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

…

## SECTION III – WHO IS AN INSURED

**1.**  If you are designated in the Declarations as:

***

**c.**  A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**…**

**SECTION V – DEFINITIONS**

…

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be  used or is less useful because:

    **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient,  inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;
if such property can be restored to use by the repair, replacement, adjustment or removal of "your product"  or "your work" or your fulfilling the terms of the contract or agreement.

    **\*\*\***

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same  general harmful conditions.

…

**16.** "Products-completed operations hazard":

    **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent  and arising out of "your product" or "your work" except:

        **(1)** Products that are still in your physical possession; or

        **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed  completed at the earliest of the following times:

            **(a)** When all of the work called for in your contract has been completed.

            **(b)** When all of the work to be done at the job site has been completed if your contract calls for  work at more than one job site.

            **(c)** When that part of the work done at a job site has been put to its intended use by any person or  organization other than another contractor or subcontractor working on the same project.  Work that may need service, maintenance, correction, repair or replacement, but which is  otherwise complete, will be treated as completed.

    **b.** Does not include "bodily injury" or "property damage" arising out of:

        **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a  vehicle not owned or operated by you, and that condition was created by the  "loading or unloading" of that vehicle by any insured;

        **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

        **(3)** Products or operations for which the classification, listed in the Declarations or in a  policy  schedule, states that products-completed operations are subject to the General Aggregate Limit.


**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss  of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to  occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

...

**21.** "Your product":
  **a.** Means:
   **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:
     **(a)** You;
     **(b)** Others trading under your name; or
     **(c)** A person or organization whose business or assets you have acquired; and
   **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.
  **b.** Includes
   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and
   **(2)** The providing of or failure to provide warnings or instructions.
       **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.


**22.** "Your work":

  **a.** Means:
   **(1)** Work or operations performed by you or on your behalf; and
   **(2)** Materials, parts or equipment furnished in connection with such work or operations.
  **b.** Includes:
   **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and
   **(2)** The providing of or failure to provide warnings or instructions.


**CG2134 (01/87)**

**EXCLUSION - DESIGNATED WORK**
This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART


**SCHEDULE**

**Description of your work:**
"YOUR WORK" COMPLETED PRIOR TO 10/10/2022 ("YOUR WORK" INCLUDES WORK PERFORMED ON YOUR BEHALF BY A SUBCONTRACTOR)

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products- completed operations hazard" and arising out of "your work" shown in the Schedule.

**CG2224 (07/98)**

**EXCLUSION – INSPECTION, APPRAISAL AND SURVEY COMPANIES**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury  And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And  Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" for  which the insured may be held liable because of the rendering of or failure to render professional services in  the performance of any claim, investigation, adjustment, engineering, inspection appraisal, survey or audit.

**CG2234 (07/98)**
**EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS**

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage A - Bodily Injury  And Property Damage Liability** and Paragraph **2., Exclusions of Section I - Coverage B - Personal And  Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury"  arising out of:
1. The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports,  surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor  performing services on a project on which you serve as construction manager; or
2. Inspection, supervision, quality control, architectural or engineering activities done by or for you on a  project on which you serve as construction manager.
This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work  done by you, your "employees" or your  subcontractors.

**CG2243 (07/98)**
**EXCLUSION - ENGINEERS, ARCHITECTS OR**
**SURVEYORS PROFESSIONAL LIABILITY**

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage A –**
**Bodily Injury  And Property Damage Liability** and Paragraph **2., Exclusions of Section I -**
**Coverage B - Personal And  Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and
advertising injury" arising out of the rendering of or failure to render any professional services
by you or any engineer, architect  or surveyor who is either employed by you or performing
work on your behalf in such capacity.

Professional services include:
1. The preparing, approving, or failing to prepare or approve, maps, shop drawings,
   opinions, reports,  surveys, field orders, change orders or drawings and specifications; and
2. Supervisory, inspection, architectural or engineering activities.

**CG2426 (07/04)**
**AMENDMENT OF INSURED CONTRACT DEFINITION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **9.** of the **Definitions** Section is replaced by the following:
9. "Insured contract" means:
   a. A contract for a lease of premises. However, that portion of the contract for a lease of
      premises that indemnifies any person or organization for damage by fire to premises
      while rented to you  or  temporarily occupied by you with permission of the owner is
      not an "insured contract";
   b. A sidetrack agreement;
   c. Any easement or license agreement, except in connection with construction or demolition
      operations  on or within 50 feet of a railroad;
   d. An obligation, as required by ordinance, to indemnify a municipality, except in
      connection with work  for a municipality;
   e. An elevator maintenance agreement;
   f. That part of any other contract or agreement pertaining to your business (including an
      indemnification  of a municipality in connection with work performed for a municipality)
      under which you assume the  tort liability of another party to pay for "bodily injury" or

"property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**CBGL0007 (02/10)**

**EXCLUSION - EARTH MOVEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" directly or indirectly arising out of, caused by, resulting from, contributed to or aggravated by any of the following: subsidence, settling, sinking,

slipping, falling away, caving in, shifting, eroding, mud flow, rising, tilting or any other movement of land or earth.

This exclusion applies whether the movement of land arises in whole or in part from nature, from human activities, or from any cause or source including, but not limited to, "your work' or the work or activities of any insured or other individuals or entities of any kind.

This exclusion does not apply to "bodily injury" or "property damage" caused by movement of land during the time you are in the process of excavating it.

**CBGL 00 08 06 06**
**LIMITATION OF COVERAGE TO DESIGNATED WORK**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**
**Your Construction Work, Including Installation, Servicing and Repair**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations or Supplemental Schedule as applicable to this endorsement).

This insurance applies only to "bodily injury," "property damage," and "personal and advertising injury" arising out of:

1.  "Your work" shown in the Schedule; or

2.  Operations which are necessary to "your work" shown in the Schedule

**CBGL0040 (04/17)**

**RESIDENTIAL SUBDIVISION/HOUSING TRACT EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" or "personal and advertising injury" arising out of:

1)  Construction defect repair work performed in any residential subdivision or housing tract; or

2)  Work performed by you or for you as a general contractor on more than 5 (five) lots within any residential subdivision or housing tract during any policy period. If the amount of work exceeds 5 (five) lots during any policy period, then this insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" at that tract regardless of when the work occurred.

3)  Work performed by you or for you as a subcontractor on more than 15 (fifteen) lots within any residential subdivision or housing tract during any policy period. If the amount of work exceeds 15 (fifteen) lots during any policy period, then this insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" at that tract regardless of when the work occurred.

Paragraphs (2) and (3) above do not apply to work performed directly for the owner of an existing owner- o c c u p i e d  dwelling.

**CBGL0065 (08/14)**

**CONTINUING OR PROGRESSIVE INJURY OR DAMAGE EXCLUSION**

This endorsement modifies insurance provided under the following:
      COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Section I, Coverages, Coverage A., Bodily Injury and Property Damage Liability, 1., Insuring  Agreement.,** Paragraph **b.(3),** paragraph **c.,** and paragraph **d., d(1), d(2),** and **d(3)** are deleted and the  following exclusion is added:

This insurance does not apply to "bodily injury" or "property damage":
**(1)** Which began or existed, or was alleged to have begun or existed prior to the policy period; or
**(2)** Which was in the process of taking place or alleged to be taking place prior to the policy period, even if  the actual or alleged "bodily injury" or "property damage" continues during the policy period; or
**(3)** Which was caused by or alleged to have been caused by any defect or injury which existed prior to the  policy period.

All "property damage" within a single project or development shall be deemed to occur when the  first  "property damage" took place, even though the extent or nature of such damage may change.

**CBIL0036 (07/03)**

**EXCLUSION – CONCURRENT CAUSES**

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      BUSINESSOWNERS LIABILITY COVERAGE FORM
      BUSINESSOWNERS LIABILITY COVERAGE FORM (Premises Liability)

This policy includes a number of exclusions and limitations, as well as separate endorsements which exclude  or limit coverage for "bodily injury" or "property damage" arising out of particular causes listed within the  endorsements.

Any exclusion or limitation in this policy, including an exclusion or limitation contained in any endorsement to this policy, operates to exclude or limit coverage if an excluded cause or limitation plays any part in, or leads up to, the "bodily injury" or "property damage" regardless of :

1. How minor the contribution of the excluded cause or limitation;
2. Whether it contributes indirectly or concurrently with any other cause or limitation;
3. The sequence of events;
4. Whether there would otherwise be coverage for causes contributing to "bodily injury" or "property damage" if the particular excluded cause or limitation was not present.

23.    The DIII Policies contain, in pertinent part, the following provisions, limitations, exclusions, and conditions which preclude coverage to TCToo as an additional insured under the DIII Policies:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

**SECTION I – COVERAGES**
**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**3. Insuring Agreement**
   **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or

"suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance;  and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period;

…

**4. Exclusions**

This insurance does not apply to:

…

**d. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

…

**o. Damage To Property**

"Property damage" to:

…

**(7)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(8)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

…

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products- completed operations hazard".

### p.  Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

### q.  Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products- completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

### r.  Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

  **(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

  **(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

### s.  Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

  **(1)** "Your product";

  **(2)** "Your work"; or

  **(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

…

## SECTION V – DEFINITIONS

…

**4.** "Coverage territory" means:

  **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

  **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

  **c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication.

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

…

**9.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

**10.** "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection,

architectural or engineering activities.

…

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

…

**18.** "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      **(1)** Products that are still in your physical possession; or

      **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         **(a)** When all of the work called for in your contract has been completed.

         **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project. Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **b.** Does not include "bodily injury" or "property damage" arising out of:

      **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

      **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**19.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**20.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

…

**23.** "Your product":
    **a.** Means:
      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:
        **(a)** You;
        **(b)** Others trading under your name; or
        **(c)** A person or organization whose business or assets you have acquired; and
      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.
    **b.** Includes
      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and
      **(2)** The providing of or failure to provide warnings or instructions.
          **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**24.** "Your work":

    **a.** Means:
      **(1)** Work or operations performed by you or on your behalf; and
      **(2)** Materials, parts or equipment furnished in connection with such work or operations.
    **b.** Includes:
      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and
      **(2)** The providing of or failure to provide warnings or instructions.


**CG2224 (07/98)**
**EXCLUSION – INSPECTION, APPRAISAL AND SURVEY COMPANIES**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability**:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" for which the insured may be held liable because of the rendering of or failure to render professional services in the performance of any claim, investigation, adjustment, engineering, inspection appraisal, survey or audit.

**CG2234 (07/98)**
**EXCLUSION – CONSTRUCTION MANAGEMENT ERRORS AND OMISSIONS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage A - Bodily Injury  And Property Damage Liability** and Paragraph **2., Exclusions of Section I - Coverage B - Personal And  Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury"  arising out of:

**3.** The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports,  surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor  performing services on a project on which you serve as construction manager; or

**4.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a  project on which you serve as construction manager.

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work  done by you, your "employees" or your  subcontractors.


**CG2243 (07/98)**
**EXCLUSION - ENGINEERS, ARCHITECTS OR**
**SURVEYORS PROFESSIONAL LIABILITY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions of Section I - Coverage A – Bodily Injury  And Property Damage Liability** and Paragraph **2., Exclusions of Section I - Coverage B - Personal And  Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury"  arising out of the rendering of or failure to render any professional services by you or any engineer, architect  or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**3.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports,  surveys, field orders, change orders or drawings and specifications; and

**4.** Supervisory, inspection, architectural or engineering activities.

**CG2426 (07/04)**
**AMENDMENT OF INSURED CONTRACT DEFINITION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **9.** of the **Definitions** Section is replaced by the following:
**10.** "Insured contract" means:

    **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    **b.** A sidetrack agreement;

    **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **e.** An elevator maintenance agreement;

    **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

    **(4)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

    **(5)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

        **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

        **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

    **(6)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**CBGL0007 (02/10)**
**EXCLUSION - EARTH MOVEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" directly or indirectly arising out of,  caused by, resulting from, contributed to or aggravated by any of the following: subsidence, settling, sinking,

slipping, falling away, caving in, shifting, eroding, mud flow, rising, tilting or any other movement of land or  earth.

This exclusion applies whether the movement of land arises in whole or in part from nature, from human  activities, or from any cause or source including, but not limited to, "your work' or the work or activities of  any insured or other individuals or entities of any kind.

This exclusion does not apply to "bodily injury" or "property damage" caused by movement of land during  the time you are in the process of excavating it.


**CBGL 00 08 06 06**
**LIMITATION OF COVERAGE TO DESIGNATED WORK**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description of your work:**
**Your Construction Work, Including Installation, Servicing and Repair**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations or Supplemental Schedule as applicable to this endorsement).

This insurance applies only to "bodily injury," "property damage," and "personal and advertising injury" arising out of:

  3.  "Your work" shown in the Schedule; or

  4.  Operations which are necessary to "your work" shown in the Schedule


**CBGL0040 (04/17)**
**RESIDENTIAL SUBDIVISION/HOUSING TRACT EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" or "personal and advertising injury"  arising out of:

4)  Construction defect repair work performed in any residential subdivision or housing tract; or

5)  Work performed by you or for you as a general contractor on more than 5 (five) lots within any residential  subdivision or housing tract during any policy period.  If the amount of work exceeds 5 (five) lots during  any policy period, then this insurance does not apply to "bodily injury", "property damage", or "personal  and advertising injury" at that tract regardless of when the work occurred.

6)  Work performed by you or for you as a subcontractor on more than 15 (fifteen) lots within any residential  subdivision or housing tract during any policy period. If the amount of work exceeds 15 (fifteen) lots  during any policy period, then this insurance does not apply to "bodily injury", "property damage", or  "personal and advertising injury" at that tract regardless of when the work occurred.

Paragraphs (2) and (3) above do not apply to work performed directly for the owner of an existing owner  occupied dwelling.

**CBGL0065 (08/14)**
**CONTINUING OR PROGRESSIVE INJURY OR DAMAGE EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Section I, Coverages, Coverage A., Bodily Injury and Property Damage Liability, 1., Insuring  Agreement,** Paragraph **b.(3),** paragraph **c.,** and paragraph **d., d(1), d(2),** and **d(3)** are deleted and  the  following exclusion is added:

This insurance does not apply to "bodily injury" or "property damage":
**(4)** Which began or existed, or was alleged to have begun or existed prior to the policy period; or
**(5)** Which was in the process of taking place or alleged to be taking place prior to the policy period, even if  the actual or alleged "bodily injury" or "property damage" continues during the policy period; or
**(6)** Which was caused by or alleged to have been caused by any defect or injury which existed prior to the  policy period.

All "property damage" within a single project or development shall be deemed to occur when the first  "property damage" took place, even though the extent or nature of such damage may change.

**CBGL 0071 (05 12)**
**BLANKET ADDITIONAL INSURED**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**    **Section II – Who is an Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in a written contract or agreement that such person or organization is to be added as an additional insured to your policy.  Such person or organization is an additional insured only with respect to "bodily injury" or "property damage" caused by your negligence in the performance of your ongoing operations performed for that additional insured.
A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.
To the extent required under said written contract or agreement, this policy will apply as primary insurance to additional insureds and other insurance which may be available to such additional insureds will be non-contributory.  We waive our right of recover against such additional insureds.

**B.**    With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

**1.**    "Bodily injury" or "property damage" or arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including but not limited to:
  **a.**    The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or
  **b.**    Supervisor, inspection, architectural or engineering activities

**2.**    "Bodily injury" or "property damage" occurring after:
  **a.**    All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the coverage operations has been completed; or
  **b.**    That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operation for a principal as a part of the same project.

**3.**    "Bodily injury", "property damage" or occurring or commencing before execution of the written contract or agreement that requires such person or organization be added as an additional insured on your policy.

**C.**    **Definitions**

"Ongoing operations" means operations not included in the "products-completed operations hazard,"

**CBIL0036 (07/03)**

**EXCLUSION – CONCURRENT CAUSES**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
BUSINESSOWNERS LIABILITY COVERAGE FORM
BUSINESSOWNERS LIABILITY COVERAGE FORM (Premises Liability)

This policy includes a number of exclusions and limitations, as well as separate endorsements which exclude or limit coverage for "bodily injury" or "property damage" arising out of particular causes listed within the endorsements.

Any exclusion or limitation in this policy, including an exclusion or limitation contained in any endorsement to this policy, operates to exclude or limit coverage if an excluded cause or limitation plays any part in, or leads up to, the "bodily injury" or "property damage" regardless of :

1. How minor the contribution of the excluded cause or limitation;
2. Whether it contributes indirectly or concurrently with any other cause or limitation;
3. The sequence of events;
4. Whether there would otherwise be coverage for causes contributing to "bodily injury" or "property damage" if the particular excluded cause or limitation was not present.

**The TCTOO Policy**

24.    Coverage for the claims asserted in the Complaint against TCToo are precluded under the continuing or progressive injury or damage exclusion in the TCToo Policy.

25.    Coverage for the claims asserted in the Complaint against TCToo are precluded under the Designated Work Exclusion in the TCToo Policy which precludes coverage for any work performed by TCToo prior to October 10, 2022.

26.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Earth Movement Exclusions in the TCToo Policy.

27.     Tracy Knoedler is not an insured under the TCToo Policy for work she performed in her capacity as a Seller's Agent, which was not part of the conduct of the TCToo business and/or was not part of her duties as a manager for TCToo.

28.     Coverage for claims asserted in the Complaint against Tracy Knoedler, in her capacity as a Seller's Agent, are precluded under the Limitation of Coverage to Designated Work provisions in the TCToo Policy.

29.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Contractual Liability Exclusions in the TCToo Policy.

30.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Business Risk exclusions: including Exclusions 2.j(5)(6),k., l., m., and n. under Coverage A in the TCToo Policy.

31.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the known loss limitation in the TCToo Policy.

32.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Inspection, Appraisal and Survey Companies Exclusion in the TCToo Policy.

33.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Engineers, Architects or Surveyors Professional Liability Exclusions in the TCToo Policy.

34.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Construction Management Errors and Omissions Exclusions in the TCToo Policy.

35.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Concurrent Causes Exclusions in the TCToo Policy.

**The DIII Policies**

36.     TCToo has not met the conditions necessary to be an additional insured under the Blanket Additional Insured Endorsement in the DIII Policies.

37.      Coverage for the claims asserted in the Complaint against TCToo are precluded under the Earth Movement Exclusions in the DIII Policies.

38.     Tracy Knoedler is not an insured under the DIII Policies for work she performed in her capacity as a Seller's Agent, which was not part of the conduct of the TCToo business and/or was not part of her duties as a manager for TCToo.

39.     Coverage for claims asserted in the Complaint against Tracy Knoedler, in her capacity as a Seller's Agent, are precluded under the Limitation of Coverage to Designated Work provisions in the DIII Policies.

40.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Contractual Liability Exclusions in the DIII Policies.

41.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Business Risk exclusions: including Exclusions 2.j(5)(6),k., l., m., and n. under Coverage A in the DIII Policies.

42.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Inspection, Appraisal and Survey Companies Exclusion in the DIII Policies.

43.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Engineers, Architects or Surveyors Professional Liability Exclusions in the DIII Policies.

44.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Construction Management Errors and Omissions Exclusions in the DIII Policies.

45.     Coverage for the claims asserted in the Complaint against TCToo are precluded under the Concurrent Causes Exclusions in the DIII Policies.

**WHEREFORE,** Plaintiff CBIC seeks declaratory relief in the following manner:

1.      That the provisions, limitations, exclusions, and conditions of the Commercial General Liability Coverage in the TCToo Policy preclude coverage for the claims asserted against TCToo in the Complaint.

2.    That the provisions, limitations, exclusions, and conditions of the

Commercial General Liability Coverage in the DIII Policies preclude

coverage, as an additional insured, for the claims asserted against

TCToo in the Complaint.

3.    For such other declaratory relief as the Court deems just and equitable

under the circumstances;

4.    For defense costs pursuant to Mont. Code Ann. § 27-8-311, or other

applicable Montana law; and

5.    For all such other and further relief as the Court deems appropriate

under the circumstances.

DATED this 13th day of September 2024.

By:   /s/ Kelly J.C. Gallinger

Kelly J.C. Gallinger / Michael P. Sarabia
BROWN LAW FIRM, P.C.
*Attorneys for Plaintiff CBIC Insurance
Company*